UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA VAZQUEZ,<br><br>    Defendant. | Case No. 18-cr-00121-SI-1<br><br>**ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE, WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 7 |

On October 6, 2023, the Court held a hearing on defendant Joshua Vazquez's motion for early termination of his supervised release. For the reasons stated on the record, the motion is DENIED, without prejudice to renewing in advance of the April 12, 2024 hearing date.

**IT IS SO ORDERED**.

Dated: October 10, 2023

SUSAN ILLSTON
United States District Judge